Exhibit 1 to the Complaint.

# U.S. Patent No. US 9,911,164 v. Darden Subsidiary "Olive Garden" Exemplary Infringement Claims 1, 10.

Exhibit 1 to the Complaint.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method, comprising: logging a customer unit into a restaurant dining system with a mobile device; | Olive Garden ("Company") performs and/or induces others to perform a method comprising: logging a customer unit into a restaurant dining system with a mobile device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides an Olive Garden application ("restaurant dining system") which is installed on various devices such as smartphones, and tablets ("mobile device"). Further, the application allows users ("customer unit") to sign in to the application ("logging a customer unit") and perform various functionalities such as finding nearby Olive Garden locations, viewing menus, and making reservations.<br><br><br><br>Source: https://www.darden.com/ |

Exhibit 1 to the Complaint.

| | |
|---|---|
| | 
Source: https://www.olivegarden.com/app (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.1] when no table at the | Company performs and/or induces others to perform a method comprising: when no table at the restaurant is available: placing the customer unit on a waiting list for a table; and informing the customer unit via the mobile device that the table is ready for the customer unit. |

3

Exhibit 1 to the Complaint.

| | |
|---|---|
| restaurant is available: placing the customer unit on a waiting list for a table; and informing the customer unit via the mobile device that the table is ready for the customer unit; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the process of signing in, the application allows the user to reserve a table in the restaurant which further places the user on the waiting list and shows the estimated waiting time according to the availability of the table. Therefore, upon information and belief, the user receives the notification that a table at the restaurant is ready when the estimated waiting time is completed.<br><br> <br><br>Source: https://www.olivegarden.com/app<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

4

Exhibit 1 to the Complaint.

| | |
|---|---|
| [1.2] receiving and storing at least one customer data element from the customer unit in a database, wherein the at least one customer data element comprises the at least one request from the mobile device and at least one of a menu item selection or other item selection performed during at least one of pre-dining, dining and post-dining within the restaurant; | Company performs and/or induces others to perform a method of receiving and storing at least one customer data element from the customer unit in a database, wherein the at least one customer data element comprises the at least one request from the mobile device and at least one of a menu item selection or other item selection performed during at least one of pre-dining, dining and post-dining within the restaurant.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the application allows the user to select, and order ("at least one request from the mobile device") a food item from the restaurant menu displayed in the application installed on the smartphone. Further, the user can re-order the food item through an order history ("post-dining") in the application, therefore, upon information and belief, the application receives and stores the user-selected and ordered food items in the form of order history.<br><br> |

Exhibit 1 to the Complaint.

| | |
|---|---|
| | Source: https://www.olivegarden.com/app |
| | Source: https://play.google.com/store/apps/details?id=com.darden.mobile.olivegarden&hl=en_US |
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.3] uploading, by the restaurant dining system, a bill | Company performs and/or induces others to perform the method of uploading, by the restaurant dining system, a bill for the at least one item to the mobile device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

6

Exhibit 1 to the Complaint.

| | |
|---|---|
| for the at least one item to the mobile device; and | For example, after completion of the order, the user receives the bill for the ordered meal ("bill for the at least one item") through the Olive Garden application ("restaurant dining system") installed on the user's smartphone.<br><br>Source: https://www.olivegarden.com/app (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.4] performing a self-checkout whereby payment for the at least one item is submitted by | Company performs and/or induces others to perform the method of performing a self-checkout whereby payment for the at least one item is submitted by the customer unit via the mobile device, and wherein the payment is submitted without interaction with a restaurant worker.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the user receives the bill, the application allows the user to pay the bill through a secure checkout option ("self-checkout") where the user pays the bill without interaction with a restaurant worker. |

Exhibit 1 to the Complaint.

| | |
|---|---|
| the customer unit via the mobile device, and wherein the payment is submitted without interaction with a restaurant worker. | <br>Source: https://www.olivegarden.com/app (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [2] The method of claim 1 wherein the customer unit is a single group of people. | Company performs and/or induces others to perform the method of claim 1, wherein the customer unit is a single group of people.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the application allows the user to select the number of guests ("single group of people") before reserving a table. |

8

Exhibit 1 to the Complaint.

| | |
|---|---|
| | <br>Source: https://www.olivegarden.com/app<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [3] The method of claim 1 wherein the customer unit is a single person. | Company performs and/or induces others to perform the method of claim 1 wherein the customer unit is a single person.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the application allows the user to order a meal for a single person. |

9

Exhibit 1 to the Complaint.

| | |
|---|---|
| |  Source: https://www.olivegarden.com/app (annotated) Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [10.P] A system, comprising: at least one processor; memory; wherein the at least one processor and the memory are communicabl | Olive Garden ("Company") makes, uses, sells, and/or offers to sell a system comprising: at least one processor; memory; wherein the at least one processor and the memory are communicably coupled to one another; wherein the memory includes instructions read by the processor. This element is infringed literally, or in the alternative, under the doctrine of equivalents. For example, Company provides an Olive Garden application that is installed on various devices such as smartphones, and tablets ("system"). Further, the application allows users to perform various functionalities such as finding nearby Olive Garden locations, viewing menus, and making reservations. Therefore, it would be apparent to a person having ordinary skill in the art that the smartphone comprises a processor and a memory to store the application and execute the functionalities of the application. |

Exhibit 1 to the Complaint.

| | |
|---|---|
| y coupled to one another; wherein the memory includes instructions, that when read by the processor: | 

Source: https://www.olivegarden.com/app (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

Exhibit 1 to the Complaint.

| [10.1] receive and store at least one customer data element from the customer unit in a database, wherein the at least one customer data element comprises the at least one request from the mobile device and at least one of a menu item selection or other item selection performed during at least one of pre-dining, dining and post-dining within the restaurant; | Company provides a system to receive and store at least one customer data element from the customer unit in a database, wherein the at least one customer data element comprises the at least one request from the mobile device and at least one of a menu item selection or other item selection performed during at least one of pre-dining, dining and post-dining within the restaurant.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the application allows the user to select, and order ("at least one request from the mobile device") a food item from the restaurant menu displayed in the application installed on the smartphone. Further, the user can re-order the food item through an order history ("post-dining") in the application, therefore, upon information and belief, the application receives and stores the user-selected and ordered food items in the form of order history.<br><br> |

Exhibit 1 to the Complaint.

| | |
|---|---|
| | Source: https://www.olivegarden.com/app  Source: https://play.google.com/store/apps/details?id=com.darden.mobile.olivegarden&hl=en_US (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [10.2] upload a bill for the at least one item from a restaurant to | Company provides a system to upload a bill for the at least one item from a restaurant to the mobile device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

13

Exhibit 1 to the Complaint.

| | |
|---|---|
| the mobile device; and; | For example, after completion of the order, the user receives the bill for the ordered meal ("bill for the at least one item") through the Olive Garden application installed on the user's smartphone.<br><br><br><br>Source: https://www.olivegarden.com/app (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [10.3] submit payment for the at least one item by the customer unit via the mobile | Company provides a system to submit payment for the at least one item by the customer unit via the mobile device, wherein the payment is submitted without interaction with a restaurant worker.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the user receives the bill, the application allows the user to pay the bill through a secure checkout option where the user pays the bill without interaction with a restaurant worker. |

14

Exhibit 1 to the Complaint.

| | |
|---|---|
| device, wherein the payment is submitted without interaction with a restaurant worker. | <br><br>Source: https://www.olivegarden.com/app (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [11] The system of claim 10 wherein the memory includes the instructions, that when read by the processor | Company provides the system of claim 10 wherein the memory includes the instructions, that when read by the processor store a digital receipt in the memory.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the application allows the user to see the order details and pay the bill for the ordered items through the secure checkout method. Therefore, it would be apparent to a person having ordinary skill in the art that the digital receipt related to the payment of the bill is stored in the memory of the smartphone. |

Exhibit 1 to the Complaint.

| | |
|---|---|
| store a digital receipt in the memory. | <br><br>Source: https://www.olivegarden.com/app<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

16

Exhibit 1 to the Complaint.

## 2. List of References

1. https://www.darden.com/, last accessed on 27 December, 2023.
2. https://www.olivegarden.com/app, last accessed on 27 December, 2023.
3. https://play.google.com/store/apps/details?id=com.darden.mobile.olivegarden&hl=en_US, last accessed on 27 December, 2023.