# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>AMERICAN DAIRY QUEEN §<br>CORPORATION, §<br>§<br>*Defendant*. § | CIVIL ACTION NO. 2:24-cv-00445-JRG-RSP<br>(Lead Case) |
| ANALYTICAL TECHNOLOGIES, LLC, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>DARDEN RESTAURANTS, INC. §<br>§<br>*Defendant*. § | CIVIL ACTION NO. 2:24-cv-00305-JRG-RSP<br>(Member Case) |

## **ORDER**

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Analytical Technologies, LLC ("Plaintiff") and Darden Restaurants, Inc. ("Defendant"). (Dkt. No. 36.) In the Motion, the parties represent that the above-captioned member case No. 2:24-cv-00305 has been resolved and request dismissal of the above-captioned member case WITH prejudice.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in member case No. 2:24-cv-00305 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in member case 2:24-cv-00305 not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** member case No. 2:24-cv-00305 and **MAINTAIN AS OPEN** the above-captioned lead case No. 2:24-cv-00445.

## So Ordered this

**Sep 23, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE